**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

AF HOLDINGS,

    Plaintiff,  No. C 12-2049 PJH

    v.  **ORDER CONTINUING HEARING DATE**

JOHN DOE, et al.,

    Defendants.

_____/

The date for the hearing on the pending motion to dismiss, presently set for August 8, 2012, has been continued to Wednesday, September 5, 2012.

**IT IS SO ORDERED.**

Dated: August 2, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge