UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AF HOLDINGS, LLC                                     Case No. 4:12-cv-02049-PJH
            Plaintiff(s),
                                          ADR CERTIFICATION BY PARTIES
                                          AND COUNSEL
      v.

JOHN DOE & JOSH HATFIELD
           Defendant(s).
_____/

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov   (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

      (2) Discussed the available dispute resolution options provided by the Court and private entities; and

      (3) Considered whether this case might benefit from any of the available dispute resolution options.

August 31, 2012                                              /S/ Joshua Hatfield
                                                                  Joshua Hatfield

August 31, 2012                                              /s/ Nicholas Ranallo
                                                                  Nicholas Ranallo