**United States District Court**
For the Northern District of California

1
2
3
4                          UNITED STATES DISTRICT COURT
5                         NORTHERN DISTRICT OF CALIFORNIA
6
7
8
9   AF HOLDINGS, LLC,
10              Plaintiff,                        No. C 12-2049 PJH
11          v.                                    **ORDER**
12  JOHN DOE,
13              Defendant.
    _____/
14
15          In accordance with the court's instructions at the January 17, 2013 case
16  management conference, no later than January 31, 2013, plaintiff shall amend the
17  complaint to substitute an individual for the Doe defendant, other than the previously-
18  dismissed defendant Josh Hatfield, and shall file a proof of service showing service of the
19  summons and complaint on that substitute defendant.  Otherwise, in view of the fact that
20  the original complaint was filed in March 2012, the case will be dismissed pursuant to
21  Federal Rule of Civil Procedure 4(m) for failure to serve.
22
23  **IT IS SO ORDERED.**
24  Dated: January 18, 2013.
25                                               _____
                                                 PHYLLIS J. HAMILTON
26                                               United States District Judge
27
28