UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AF HOLDINGS LLC,

    Plaintiff,

    v.

JOHN DOE,

    Defendant.
_____/

No. C 12-2049 PJH

**ORDER DISMISSING CASE**

Plaintiff having failed to amend the complaint to substitute an individual for the Doe defendant, and having failed to file a proof of service showing service of the summons and complaint on that substitute individual, and in accordance with the order issued January 18, 2013, the above-entitled action is hereby DISMISSED pursuant to Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED.**

Dated: February 7, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge