UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AF HOLDINGS LLC,

    Plaintiff,

    v.

JOHN DOE,

    Defendant.
_____/

No. C 12-2049 PJH

**JUDGMENT**

The court having dismissed the above-entitled action pursuant to Federal Rule of Civil Procedure 4(m),

It is Ordered and Adjudged

that plaintiff AF Holdings LLC take nothing, and that the action be dismissed.

**IT IS SO ORDERED.**

Dated: February 7, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge