United States District Court

For the Northern District of California

1
2
3
4        UNITED STATES DISTRICT COURT
5        NORTHERN DISTRICT OF CALIFORNIA
6
7
8
9   AF HOLDINGS LLC,
10           Plaintiff,                    No. C 12-2049 PJH
11      v.                                 **JUDGMENT**
12  JOHN DOE,
13           Defendant.
    _____/
14
15       The court having dismissed the above-entitled action pursuant to Federal Rule of
16  Civil Procedure 4(m),
17       It is Ordered and Adjudged
18       that plaintiff AF Holdings LLC take nothing, and that the action be dismissed.
19
20  **IT IS SO ORDERED.**
21  Dated:  February 7, 2013
22                                         _____
                                           PHYLLIS J. HAMILTON
23                                         United States District Judge
24
25
26
27
28